**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 17-11062 |
| | ) | |
| EDEN HAZZARD | ) | EX PARTE ORDER APPROVING |
| | ) | EMPLOYMENT OF REALTOR |
| Debtors. | ) | |
| | ) | |

THIS MATTER having come forth regularly on motion of the trustee for authorization to employ a realtor, the court finding that said employment is appropriate under 11 U.S.C. § 327, the court finding that the company does not have an interest adverse to the bankruptcy estate under that statute, it appearing that notice to creditors is not necessary, now, therefore, it is hereby

ORDERED that the trustee, Michael P. Klein, may employ Kailee Rainey and Hugh Rainey of Re/Max Eastside to sell real property located at 7548 Carnival Pl NW, Bremerton, WA and that all commissions and costs shall be paid as stated in the application upon further order of the court.

///End of Order///

EX PARTE ORDER APPROVING
EMPLOYMENT OF REALTOR - 1 -

**Michael P. Klein**
Chapter 7 Trustee
330 Madison Avenue S, Suite 110
Bainbridge Island, Washington 98110
(206) 842-3638

**Below is the Order of the Court.**

1 | Presented by:
2
3 | /s/ Michael P Klein
Michael P. Klein, WSBA #18079
4 | Trustee

EX PARTE ORDER APPROVING
EMPLOYMENT OF REALTOR - 2 -

**Michael P. Klein**
Chapter 7 Trustee
330 Madison Avenue S, Suite 110
Bainbridge Island, Washington 98110
(206) 842-3638